**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: July 06, 2009**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14152/9000289243

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jesse Lee French and Gabriela Alejandra French<br>Debtors.<br>_____<br>Everhome Mortgage Company<br>　　　　　Movant,<br>　　vs.<br><br>Jesse Lee French and Gabriela Alejandra French, Debtors, William E. Pierce, Trustee.<br><br>　　　　　Respondents. | No. 0:08-bk-02221-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #30) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 29, 2005 and recorded in the office of the Mohave County Recorder wherein Everhome Mortgage Company is the current beneficiary and Jesse Lee French and Gabriela Alejandra French have an interest in, further described as:

> LOT TEN (10), BLOCK SEVENTEEN (17), TRACT 2219, LAKE HAVASU CITY, ARIZONA, according to
> the plat thereof recorded July 8, 1969, at Fee No. 63651, in the office of the County Recorder of Mohave
> County, Arizona.
>
> EXCEPT all oil, gas, coal and minerals whatsoever already found or which may hereafter be found in or under
> said land and all underground water in, under or flowing through said land and water rights appurtenant thereto,
> as reserved by mesne Deeds of record.
>
> EXCEPT an undivided 1/16th of all oil, gases and other hydrocarbon substances, coal or stone, metals, minerals, fossils, and fertilizer of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, the State of Arizona or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved by the State of Arizona 37-231, C., A.R.S., and in Patent of record .

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT